1  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
2  Sverker K. Hogberg (SBN 244640)
   (hogbergs@sullcrom.com)
3  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
4  Palo Alto, California 94303
   Telephone:     (650) 461-5600
5  Facsimile:     (650) 461-5700

6  Christopher M. Viapiano (*pro hac vice* forthcoming)
   (viapianoc@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1700 New York Avenue, N.W., Suite 700
8  Washington, D.C. 20006
   Telephone:     (202) 956-6985
9  Facsimile:     (202) 956-7056

10 *Counsel for Defendant Wells Fargo & Company*

11 [Additional Counsel on Signature Page]

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 GARY HEFLER, Individually and on Behalf of    )   Case No. 3:16-cv-05479-JST
   All Others Similarly Situated,                )
                                                 )   **JOINT STIPULATION AND**
17                          Plaintiff,           )   **[~~PROPOSED~~] ORDER TO ENLARGE**
                                                 )   **TIME TO RESPOND TO COMPLAINT**
18          vs.                                  )
                                                 )   The Hon. Jon S. Tigar
19 WELLS FARGO & COMPANY, JOHN G.                )
   STUMPF, JOHN R. SHREWSBERRY and               )
20 CARRIE L. TOLSTEDT,                           )
                                                 )
21                          Defendants.          )
                                                 )
22 STEVE KLEIN, Individually and on Behalf of    )
   All Others Similarly Situated,                )   Case No. 3:16-cv-05513-JST
23                                               )
                            Plaintiff,           )
24                                               )
            vs.                                  )
25                                               )
   WELLS FARGO & COMPANY, JOHN G.                )
26 STUMPF, JOHN R. SHREWSBERRY and               )
   CARRIE L. TOLSTEDT,                           )
27                                               )
                            Defendants.          )
28                                               )

SULLIVAN
&
CROMWELL LLP

WHEREAS on September 26, 2016, Gary Hefler, individually and on behalf of all others similarly situated, filed a putative Class Action Complaint For Violations Of the Federal Securities Laws (the "Hefler Complaint") against Wells Fargo & Company ("Wells Fargo"), John G. Stumpf, John R. Shrewsberry, and Carrie L. Tolstedt (collectively, "Defendants");

WHEREAS on September 28, 2016, Steve Klein, individually and on behalf of all others similarly situated, filed a putative Class Action Complaint For Violations Of the Federal Securities Laws (the "Klein Complaint") against Defendants;

WHEREAS Gary Hefler and Steve Klein (together, "Plaintiffs") and Defendants anticipate that the above-captioned cases will be consolidated, that a lead plaintiff and lead counsel will be appointed by the Court, and that a Consolidated Class Action Complaint will be filed thereafter;

WHEREAS Plaintiffs and Defendants have agreed to extend the time in which Defendants may respond to Plaintiffs' complaint until 60 days following the filing of a Consolidated Class Action Complaint;

WHEREAS no prior extensions have been granted for the time in which Defendants could respond to the Hefler Complaint or the Klein Complaint;

WHEREAS the parties agree that nothing in this Stipulation will be construed as a waiver of any of Defendants' or Plaintiffs' rights or positions in law or in equity;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1.      Defendants' time to respond to the complaints in the above-captioned actions is hereby extended for 60 days following the filing of a Consolidated Class Action Complaint.

2.      In submitting this Stipulation, Defendants and Plaintiffs do not waive any of their rights or positions in law or in equity, and Defendants do not waive any objection or defense they may raise to the Court's personal jurisdictional over them or to the propriety of venue in this case.

1

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NOS. 3:16-CV-05479-JST; 3:16-CV-05513-JST

SULLIVAN
&
CROMWELL LLP

1          IT IS SO STIPULATED.

2

3    Dated:  November 18, 2016

4                                                                        /s/ Brendan P. Cullen

5                         Brendan P. Cullen (SBN 194057)
                          Sverker K. Hogberg (SBN 244640)

6                         SULLIVAN & CROMWELL LLP
                          1870 Embarcadero Road

7                         Palo Alto, California 94303
                          Telephone:     (650) 461-5600

8                         Facsimile:     (650) 461-5700

9                         Christopher M. Viapiano
                          (*pro hac vice* forthcoming)

10                        SULLIVAN & CROMWELL LLP
                          1700 New York Avenue, N.W., Suite 700

11                        Washington, D.C. 20006
                          Telephone:     (202) 956-6985

12                        Facsimile:     (202) 956-7056

13                        *Counsel for Defendant Wells Fargo &*
                          *Company*

14   Dated:  November 18, 2016

15

16                        /s/ Grant P. Fondo

17                        Grant P. Fondo (SBN 181530)
                          Richard M. Strassberg
                          (*pro hac vice* forthcoming)

18                        GOODWIN PROCTER LLP
                          135 Commonwealth Drive

19                        Menlo Park, California 94025
                          Telephone:     (650) 752-3100

20                        Facsimile:     (650) 853-1038

21                        *Counsel for Defendant John G. Stumpf*

22   Dated:  November 18, 2016

23                        /s/ Ismail Ramsey
                          Ismail Ramsey (SBN 189820)

24                        Miles Ehrlich (SBN 237954)
                          RAMSEY & EHRLICH LLP

25                        803 Hearst Avenue
                          Berkeley, California 94710

26                        Telephone:     (510) 548-3600
                          Facsimile:     (650) 291-3060

27

28                        *Counsel for Defendant John R.*
                          *Shrewsberry*

SULLIVAN
&
CROMWELL LLP

1  Dated:  November 18, 2016

2
                                           /s/ Brendan V. Sullivan, Jr.
3                                          Brendan V. Sullivan, Jr.
                                           (*pro hac vice* forthcoming)
4                                          Enu A. Mainigi
                                           (*pro hac vice* forthcoming)
5                                          WILLIAMS & CONNOLLY LLP
                                           725 Twelfth Street, N.W.
6                                          Washington D.C. 20005
                                           Telephone:      (202) 434-5000
7                                          Facsimile:      (202) 434-5029

8                                          *Counsel for Defendant Carrie L. Tolstedt*

9
   Dated:  November 18, 2016
10

11
                                           /s/ Shawn A. Williams
12                                         Shawn A. Williams (SBN 213113)
                                           Aelish M. Baig (SBN 201279)
13                                         Jason C. Davis (SBN 253370)
                                           ROBBINS GELLER RUDMAN & DOWD
14                                         LLP
                                           One Montgomery Street, Suite 1800
15                                         San Francisco, California 94104
                                           Telephone:      (415) 288-4545
16                                         Facsimile:      (415) 288-4534

17                                         *Counsel for Plaintiff Gary Hefler*
   Dated:  November 18, 2016
18

19
                                           /s/ Jennifer Pafiti
20                                         Jennifer Pafiti (SBN 282790)
                                           POMERANTZ LLP
21                                         468 North Camden Drive
                                           Beverley Hills, California 90210
22                                         Telephone:      (818) 532-6499

23                                         *Counsel for Plaintiff Steve Klein*

24

25

26

27

28
                                    3

SULLIVAN
&
CROMWELL LLP

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.


DATED:  November 18, 2016                        /s/ Brendan P. Cullen
                                                  Brendan P. Cullen

1
## <u>ORDER</u>

2
THE FOREGOING STIPULATION
IS APPROVED AND IT IS SO ORDERED.

3

4

5
Dated: _____November 21, 2016_____          _____

6
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP