UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HIMSTREET,<br><br>        Plaintiff,<br><br>    v.<br><br>TIMOTHY J. SLOAN, et al.,<br><br>        Defendants. | Case No. 18-cv-02922-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Jon S. Tigar for consideration of whether the case is related to Case No. 16-cv-05513, *Klein v. Wells Fargo & Company*.

**IT IS SO ORDERED.**

Dated: July 25, 2018

_____
VINCE CHHABRIA
United States District Judge